IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SONOMA COUNTY WATER AGENCY,<br><br>　　　　Defendant.<br>_____/ | No. C 05-03749 CRB<br><br>**ORDER RE: BRIEFING ON MOTION TO DISMISS** |

　　Defendant filed a motion to dismiss in February 2006. After this action was reassigned to this Court, defendant re-noticed the motion for hearing on April 14, 2006. At the initial case management conference the Court continued the hearing to June 9, 2006.

　　Plaintiffs are directed to file their opposition to defendant's motion on or before April 28, 2006. Defendant's reply, if any, shall be filed by May 5, 2006. The hearing remains June 9, 2006 at 10:00 a.m.

　　**IT IS SO ORDERED.**

Dated: April 11, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3749\orderrebriefing.wpd