Peter W. McGaw (Bar No. 104691)
John L. Kortum (Bar No. 148573)
ARCHER NORRIS
Attorneys At Law
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
Telephone:   (925) 930-6600
Facsimile:    (925) 930-6620

Attorneys for Defendant
SONOMA COUNTY WATER AGENCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONOMA COUNTY WATER AGENCY, SONOMA VALLEY SANITATION DISTRICT, and DOES 1-10, Inclusive,<br><br>Defendants. | No. C 05-3749 CRB<br><br>**STIPULATION AND ORDER CONTINUING MOTION DATE AND HEARING DATE** |

On June 27, the Court entered an Order allowing Plaintiff Northern California River Watch to file a Second Amended Complaint by June 30, 2006. That Order also directed defendants to file any responsive motions by July 14, 2006, and set a hearing date of August 18, 2006, for a hearing on any such motions. Plaintiff filed and served its Second Amended Complaint on June 29, 2006.

The parties have now agreed to engage in a mediated settlement process, presided over by Martin Quinn, Esq. of the Judicial Arbitration and Mediation Service (JAMS). Mediation has been scheduled for Wednesday, August 23, 2006, the first date all parties and the mediator are available. Therefore, in order to promote settlement and to save costs for all parties, the parties

1  hereby stipulate that the date by which defendants must file any motion to dismiss or other
2  responsive pleading should be continued to a reasonable time after the mediation session. The
3  parties therefore request the Court reschedule the date by which any motion or other responsive
4  pleading must be filed to September 8, 2006, with the hearing for any motion to be set according
5  to the date the motion, if any, is filed.

ARCHER NORRIS

_____
Peter W. McGaw
Attorneys for SONOMA COUNTY WATER
AGENCY

LAW OFFICE OF JACK SILVER

_____, authorized to sign for
Jack Silver
Attorneys for NORTHERN CALIFORNIA
RIVER WATCH

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date by which defendants' responsive motions, if any, were to be filed, July 14, 2006, is hereby vacated.

The hearing date for any such motion(s), August 18, 2006, is hereby vacated.

Defendants shall file and serve any motions or other pleading responsive to the Second Amended Complaint by September 8, 2006.

DATED: ___July 17_____, 2006

_____
HONORABLE
DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

S0242001/492661-1                                      STIP ORDER CONTINUING MOTION DATE
                                                       AND HEARING DATE (No. C 05-3749 CRB)

2