1  Peter W. McGaw (Bar No. 104691)
   John L. Kortum (Bar No. 148573)
2  ARCHER NORRIS
   Attorneys At Law
3  2033 North Main Street, Suite 800
   Walnut Creek, CA 94596
4  Telephone:   (925) 930-6600
   Facsimile:   (925) 930-6620
5
   Attorneys for Defendant
6  SONOMA COUNTY WATER AGENCY

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | NORTHERN CALIFORNIA RIVER         | No. C 05-3749 CRB
   | WATCH, a non-profit Corporation   |
12 |                                   | STIPULATION CONTINUING TIME IN
13 |         Plaintiff,                | WHICH TO RESPOND TO COMPLAINT;
   |                                   | [PROPOSED] ORDER
14 |    v.                             |
15 | SONOMA COUNTY WATER AGENCY,       |
   | SONOMA VALLEY SANITATION          |
16 | DISTRICT, and DOES 1-10, Inclusive,|
17 |         Defendants.               |

18

19     By order dated July 17, 2006, the Court continued the date for pleadings responsive to the

20 Second Amended Complaint to be filed to September 8, 2006, in order to allow a mediation to

21 take place. The mediation occurred on August 23, 2006, and a tentative settlement was reached.

22 The parties are now documenting the settlement, which will then require ratification by the

23 Boards of Directors for the various entities impacted by the settlement. In order to complete

24 settlement documentation and obtain the necessary ratification, which is likely to render a

25     / / /

26     / / /

27     / / /

28

S0242001/501705-1                          STIP/ORDER CONTINUING TIME TO RSP TO
                                           COMPLAINT (No. C 05-3749 CRB)

responsive pleading unnecessary, the parties request an extension of the date to file responsive pleadings to the complaint from September 8, 2006, to and including October 6, 2006.

ARCHER NORRIS

*/s/ John Kortum for*
*/s/ Peter W. McGaw*
Peter W. McGaw
Attorneys for SONOMA COUNTY WATER AGENCY

LAW OFFICE OF JACK SILVER

*/s/ Jack Silver*
Jack Silver
Attorneys for NORTHERN CALIFORNIA RIVER WATCH

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Defendants shall have to and including October 6, 2006, to file pleadings responsive to the Second Amended Complaint.

DATED: __September 12__, 2006

IT IS SO ORDERED
Judge Charles R. Breyer

S0242001/501705-1

STIP/ORDER CONTINUING TIME TO RSP TO COMPLAINT (No. C 05-3749 CRB)